# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 17, 2012

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

     No. 10-30249,  In Re: Katrina Canal Breaches
         10-31054, In Re: Katrina Canal Breaches
         11-30808, In Re: Katrina Canal Breaches
            USDC No. 2:05-CV-4182
            USDC No. 2:06-CV-2268
            USDC No. 2:08-CV-1707
            USDC No. 2:05-CV-4182
            USDC No. 2:05-CV-4181
            USDC No. 2:05-CV-4191
            USDC No. 2:05-CV-4568
            USDC No. 2:05-CV-5237
            USDC No. 2:05-CV-6073
            USDC No. 2:05-CV-6314
            USDC No. 2:05-CV-6324
            USDC No. 2:05-CV-6327
            USDC No. 2:05-CV-6359
            USDC No. 2:06-CV-20
            USDC No. 2:06-CV-225
            USDC No. 2:06-CV-886
            USDC No. 2:06-CV-1885
            USDC No. 2:06-CV-2278
            USDC No. 2:06-CV-2287
            USDC No. 2:06-CV-2346
            USDC No. 2:06-CV-2545
            USDC No. 2:06-CV-3529
            USDC No. 2:06-CV-4065
            USDC No. 2:06-CV-4389
            USDC No. 2:06-CV-4634
            USDC No. 2:06-CV-4931
            USDC No. 2:06-CV-5032
            USDC No. 2:06-CV-5042
            USDC No. 2:06-CV-5159
            USDC No. 2:06-CV-5163
            USDC No. 2:06-CV-5367
            USDC No. 2:06-CV-5471
            USDC No. 2:06-CV-5771
            USDC No. 2:06-CV-5786
            USDC No. 2:06-CV-5937
            USDC No. 2:06-CV-7682
            USDC No. 2:06-CV-11208

```
USDC No. 2:07-CV-206
USDC No. 2:07-CV-647
USDC No. 2:07-CV-993
USDC No. 2:07-CV-1284
USDC No. 2:07-CV-1286
USDC No. 2:07-CV-1288
USDC No. 2:07-CV-1289
USDC No. 2:05-CV-4182
USDC No. 2:10-CV-866
```

Enclosed, for the district court only, is a copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 2 ) Envelopes     ( 7 ) Boxes

The electronic copy of the record has been recycled.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shawn D. Henderson, Deputy Clerk
504-310-7668

cc: (letter only)
    Mr. Jonathan Beauregard Andry
    Mr. Scott Harris Angstreich
    Mr. John Thomas Balhoff II
    Mr. Marcus Van Brown
    Mr. Joseph M. Bruno
    Mr. James David Caldwell
    Ms. Ashley Gremillion Coker
    Mr. Joseph W Cotchett
    Mr. Frank Jacob D'Amico Jr.
    Mr. Walter Clayton Dumas
    Mr. John Bettes Dunlap III
        Honorable Stanwood R. Duval Jr.
    Mr. Ewell Elton Eagan Jr.
    Mr. Norval Francis Elliot III
    Ms. Nina Wessel English
    Mr. Richard Michael Exnicios
    Mr. Calvin Clifford Fayard Jr.
    Ms. Nina D. Froeschle
    Mr. James M. Garner
    Ms. Elisa Tara Gilbert
    Mr. Thomas V. Girardi
    Mr. Philip L. Gregory
    Mr. Brian Lee Guillot
    Mr. Michael Warren Hill

Mr. Lewis Scott Joanen
Mr. Michael K Kellogg
Ms. Alisa Beth Klein
Mr. Daniel Joseph Lenerz
Mr. William Martin McGoey
Mr. Joseph J McKernan
Mr. Gerald Edward Meunier
Mr. Henry Clay Mitchell Jr.
Mr. James Bryan Mullaly
Mr. Brendan Regis O'Brien
Mr. Pierce O'Donnell
Mr. Andrew S. Oldham
Mr. Andrew Patrick Owen
Mr. Michael Carter Palmintier
Ms. Lindsey E. Powell
Mr. Drew A Ranier
Ms. Wendy Hickok Robinson
Mr. Brent M. Rosenthal
Mr. James Parkerson Roy
Mr. Camilo Kossy Salas III
Ms. Sherri Ann Saucer
Mr. David S. Scalia
Mr. Matthew D. Schultz
Mr. Robin D. Smith
Mr. Mark Bernard Stern
Mr. Elwood Clement Stevens Jr.
Mr. Richard Alvin Tonry
Mr. Joseph C. Wilson
Ms. Abby Christine Wright
Mr. Bob F Wright

P.S. to Judge Duval:  A copy of the opinion was sent to your office via email the day it was filed.