# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

June 24, 2013

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

Re:  Kent Lattimore, et al.
v. United States, et al.
No. 12-1092
(Your No. 10-30249, 10-31054, 11-30808)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.  Justice Kagan took no part in the consideration or decision of this petition.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk